UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW FROST,<br><br>        Plaintiff,<br><br>v.<br><br>CRESTRON ELECTRONICS, INC.,<br><br>        Defendant. | Case No. 22-cv-04726-VC<br><br>**ORDER OF DISMISSAL** |

    The Court was advised by the parties on May 12, 2023 that they reached a settlement. Therefore, this case is dismissed without prejudice. All deadlines and hearings in the case are vacated, and any pending motions are moot.

    The parties retain the right to reopen this action within 60 days of this Order if the settlement is not consummated. If a request to reinstate the case is not filed and served on opposing counsel within 60 days, the dismissal will be with prejudice.

    **IT IS SO ORDERED.**

Dated: May 16, 2023

                                                    VINCE CHHABRIA<br>
                                                    United States District Judge